CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
NELSON ZAVALETA-CORADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NELSON ZAVALETA-CORADO,<br><br>Defendant. | Case No.: 13-339 JAM<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  November 19, 2013<br>TIME:   9:45 a.m.<br>JUDGE:  Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Nirav Desai, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant NELSON ZAVALETA-CORADO, that the status conference scheduled for November 19, 2013, at 9:45 a.m., be vacated and the matter continued to this Court's criminal calendar on January 7, 2014, at 9:45 a.m. for further status. The parties are actively negotiating the matter and will require additional time to address various issues. Further, defense counsel will require additional time to conduct investigation and confer with Mr. Zavaleta-Corado.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and

allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: November 15, 2013 /S/ Nirav Desai
NIRAV DESAI
Attorney for Plaintiff


/S/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for NELSON ZAVALETA-CORADO


**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for November 19, 2013, at 9:45 a.m., be vacated and the matter continued to January 7, 2014, at 9:45 a.m. for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.


This 15th day of November, 2013

/s/ John A. Mendez
HON. John A. Mendez
United States District Court Judge